# EXHIBIT 3



**BAMERT REGAN**
Intellectual-Property Attorneys

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com

August 18, 2022

John J. Bamert, Esq.
Bamert@BamertRegan.com
206.669.2402

VIA EMAIL
uherberth@weickmann.de

Udo W. Herberth
WEICKMANN & WEICKMANN
Richard-Strauss-Strasse 80
81679, Muenchen, Germany

Re: Notification of Representation of Nick's Custom Boots LLC

Our Reference: NCKS-5-0001

Dear Mr. Herberth:

We are in receipt of your communication directly to Nick's Custom Boots LLC ("Nick's Boots") in which LOWA Sportschuhe GmbH ("Lowa") (i) accuses Nick's Boots of trademark infringement with respect to U.S. Registration No. 3,838,056 for the mark LOWA RENEGADE and (ii) demands that Nick's Boots ceases use of the mark RENEGADE by August 15, 2022. Please be advised that we represent Nick's Boots with respect to intellectual-property matters. Nick's Boots is the world's premier manufacturer of custom boots and therefore takes such allegations seriously. We will therefore investigate Lowa's claim of trademark infringement and get back to you.

In the meantime, please contact us should you have any questions or concerns.

Very truly yours,

BAMERT REGAN

John J. Bamert

Build
Enforce
Defend

Patents
Trademarks
Copyrights
Trade Secrets