# EXHIBIT 5

**John Bamert**

| | |
|---|---|
| **From:** | Dr. Udo W. Herberth <UHerberth@weickmann.de> |
| **Sent:** | Thursday, September 22, 2022 12:11 AM |
| **To:** | John Bamert |
| **Subject:** | Notice of Representation (NCKS-5-0001oc) W&W ref. 45745K-1  IMPORTANT REMINDER |
| **Attachments:** | D00 - 22.07.2022 - Anschreiben an Gegenseite(P006986340).PDF; A01 - 18.08.2022 - Angelegenheit wird geprüft(P007025497).PDF |
| **Signed By:** | uherberth@weickmann.de |

# REMINDER

**From:** Dr. Udo W. Herberth <UHerberth@weickmann.de>
**Sent:** Wednesday, September 7, 2022 2:40 PM
**To:** 'John Bamert' <Bamert@BamertRegan.com>
**Subject:** RE: Notice of Representation (NCKS-5-0001oc) W&W ref. 45745K-1 IMPORTANT

**Possible trademark infringement Renegade in the USA**

Dear Mr. Bamert,

We kindly remind you of the above-mentioned matter and once again attach our letter of July 22, 2022, as well as your letter of August 18, 2022.

Sincerely yours,

**WEICKMANN**

**Dr. Udo W. Herberth**
LL.M. (Univ. of Georgia, USA) | Rechtsanwalt | Attorney at Law | Partner
Weickmann & Weickmann Patent- und Rechtsanwälte PartmbB
Richard-Strauss-Straße 80 | 81679 München | Germany
Tel.: +49 (0)89 - 45563 0 | Fax: +49 (0)89 - 45563 999
uherberth@weickmann.de
www.weickmann.de

Weickmann & Weickmann is ranked in: Best Lawyers™, Chambers Europe, IAM1000, JUVE Patent, Leaders League, The Legal 500, WTR 1000.

---

Partnerschaftsgesellschaft mit beschränkter Berufshaftung | Partnership with limited professional liability, Amtsgericht | Local Court München PR 1446.
Partners are exclusively those attorneys who are registered with the partnership register. A list of partners' names is available for inspection at our office or at www.weickmann.de.
Please note that confidentiality may not be guaranteed when communicating by means of unencrypted e-mail.
This e-mail is confidential and may also be legally privileged. If you are not the intended recipient, please notify us immediately by e-mail and delete this message from your system.

Please consider whether you really need to print this e-mail

---

**From:** John Bamert <Bamert@BamertRegan.com>
**Sent:** Thursday, August 18, 2022 11:04 PM
**To:** Dr. Udo W. Herberth <UHerberth@weickmann.de>
**Cc:** Admin <admin@BamertRegan.com>
**Subject:** Notice of Representation (NCKS-5-0001oc)

Mr. Herberth,

Please see our enclosed letter.

Regards,
John

John J. Bamert, Esq.
**Bamert Regan**
113 Cherry Street, Unit 55215
Seattle, WA 98104
206.669.2402
Bamert@BamertRegan.com

Information in this email message may be privileged, confidential, and protected from disclosure. If received in error, please respond and destroy all copies.

W&W Docketing: 45745K-1/50/Erinnerung/Mail-Ausgang