UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICK'S CUSTOM BOOTS LLC,<br><br>Plaintiff,<br>v.<br><br>LOWA SPORTSCHUHE GMBH et al.,<br><br>Defendants. | CASE NO. 2:22-cv-01381-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' Joint Stipulation and Proposed Order of Dismissal with Prejudice, Dkt. No. 36, the Court hereby DISMISSES this case with prejudice and without costs, expenses, or attorney's fees to any party.

Dated this 27th day of September, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1